UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                Plaintiff,             Case No.  05-80406

v.                             District Judge Arthur J. Tarnow
                              Magistrate Judge R. Steven Whalen

ROBERT MELVIN RICHARDSON,

                Defendant.
_____/

## ORDER REMOVING COUNSEL

On November 12, 2004, a criminal complaint was filed against Defendant Robert Melvin Richardson. On November 16, 2004, attorney Robert E. Slameka (P20567) entered an appearance as counsel for Defendant, and on that same date, Defendant was released on an unsecured bond. On April 26, 2005, Defendant was indicted.  The complaint, however, has not been dismissed.

On March 2, 2006, Defendant appeared for arraignment on the indictment.  However, attorney Slameka did not appear.  Defendant represented to the Court that attorney Slameka had been advised of the date and time of the arraignment.  The Court passed the case to give counsel an opportunity to appear, but he did not. After the Defendant had been sitting in court waiting until approximately 4:00 p.m., the Court adjourned the arraignment to the following day, March 3, 2006.  The Court's clerk also called attorney Slameka and left a

-1-

voice mail message with the new time and date of the arraignment.

On March 3, 2006, Defendant appeared as directed, but attorney Slameka did not. Defendant represented to the Court that he, too, had left a voice mail message for attorney Slameka informing him of the date and time of the arraignment.

At no time did attorney Slameka see fit to call or otherwise inform the Court–or apparently, his client– that he would not be available to appear at Defendant's arraignment.

Insofar as it appears that attorney Slameka has abandoned representation of his client, and in the interests of justice, he is hereby removed as counsel for Defendant in this case, without prejudice to him petitioning the Court for reinstatement as counsel on a showing of good cause.

By separate order, the Federal Defender Office has been appointed to represent Defendant.

SO ORDERED.


S/R. Steven Whalen_____
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  March 6, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 6, 2006.

-2-

S/Gina Wilson
Judicial Assistant